# Third District Court of Appeal
## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-1338
Lower Tribunal No. F08-20775A
_____

**Leandre Howard,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel Manuel de la O, Judge.

Leandre Howard, in proper person.

James Uthmeier, Attorney General, for appellee.

Before SCALES, C.J., and FERNANDEZ and LINDSEY, JJ.

PER CURIAM.

Affirmed.